**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OFFICE OF THE CLERK**
601 W. Broadway, Room 106
Louisville, KY 40202
502-625-3500 (ph)     502-625-3880 (fax)
www.kywd.uscourts.gov

| | |
|---|---|
| **James J. Vilt, Jr.** | **Melinda T. Sunderland** |
| **Clerk of Court** | **Chief Deputy Clerk** |

# NOTICE

May 22, 2024

**SHELBY WILLIS**                                                                                                  **PLAINTIFF**

**v.**

**AEROTEK, INC.**                                                                                                    **DEFENDANT**

    Notice is hereby given that the above-styled civil action has been removed from the **Jefferson Circuit Court, Case No. 24-CI-001039,** and filed in the Western District of Kentucky at **Louisville,** on May 21, 2024.

    This action has been assigned civil action number **3:24-cv-00305-DJH.**

Sincerely,
James J. Vilt, Jr., Clerk


by     s/ *Kim Yates*
              Deputy Clerk


cc:     Counsel of Record/Parties
        Clerk, Jefferson Circuit Court