USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

### *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Kimberly J. O'Donnell |
| **CASE #:** | 3:24-cv-305-DJH |
| **STYLE OF CASE:** | Willis v. Aerotek, Inc. |
| **DOCUMENT TITLE:** | Notice of Removal |
| **DATE:** | 5/22/2024 |
| **BY:** | Kim Yates<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**File a Rule 7.1(a)(1) Corporate Disclosure Statement in this case.**

**File a Rule 7.1(a)(2) disclosure statement in any action in which jurisdiction is based on diversity under 28 U.S.C. 1332(a). (effective 12/1/2022).**

**YOU ARE GRANTED <u>7 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   <u>FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>**

If you need electronic filing assistance, please contact the Help Desk at (866) 822-8305